JUDGE CEDARBAUM

'08 CIV 5522

332-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

RECEIVED
JUN 18 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BELOVED ENTERPRISES LIMITED,

                08 CV

        Plaintiff,

- against --

PROJECTOR S.A. and PROJECTOR,      **RULE 7.1 STATEMENT**
ASIA PTE. LTD.,

        Defendants.
------------------------------------------------------------x

    Plaintiff, BELOVED ENTERPRISES LIMITED by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 18, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                By:     _____
                                Peter J. Gutowski (PG 2200)
                                80 Pine Street
                                New York, NY 10005
                                (212) 425-1900
                                (212) 425-1901 fax

NYDOCS1/307029.1