USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06-26-08

332-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BELOVED ENTERPRISES LIMITED,

                Plaintiff,

    -against –

PROJECTOR S.A., PROJECTOR ASIA
PTE. LTD., and PROJECTOR SERVICES
LTD.

                Defendants.
------------------------------------------------------------x

08 CV 5522 (MGC)

**ORDER DIRECTING CLERK
TO ISSUE PROCESS OF
MARITIME ATTACHMENT &
GARNISHMENT & APPOINTING
PERSON TO SERVE PROCESS
PURSUANT TO RULE 4(c) &
SCOPE OF SERVICE**

Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 18th day of June 2008, and Amended Verified Complaint on the 24th day of June 2008 and the Affidavit of Pamela L. Schultz, duly sworn to on the 19th day of June 2008, that to the best of her information and belief Defendants cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Affidavit of Peter J. Gutowski duly sworn on the 25th day of June, 2008, and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby **O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the

NYDOCS1/307439.1

Defendants, as described therein, including but not limited to any electronic transfers from the Defendants in the possession, custody or control of or being transferred through the following banks: ABN Amro, American Express Bank, BNP Paribas, Bank of America, Citibank NA, Deutsche Bank Trust Co., HSBC, HSBC Bank (USA) NA, HSBC Private Bank (Suisse) S.A., HSH Nordbank, JPMorgan Chase Bank, Standard Chartered Bank, The Bank of New York, Wachovia, Bank of China, UBS, Société Générale, Calyon Investment Bank, Commerzbank, Bank Leumi USA, Banco Popular, Bank of Tokyo-Mitsubishi UFJ Ltd. and/or such other institution or entity who may be served with a copy of the Process of Attachment issued herein up to and including the sum of $256,320.30 [$448,226.89 struck through] pursuant to Rule B of the Supplemental Rules for *MGC* Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**O R D E R E D** that in no event shall intermediate wire transfers or electronic fund transfers of which the Defendant(s) is the ultimate beneficiary and not the originator be restrained pursuant to this Order with the exception that any transfer(s) or debt owing or due to the Defendant(s) in respect to a certain stock sale transaction under which the Defendant(s) is selling its interest in a company commonly known as FR8 to A/S Dampskibsselskabet TORM may be restrained under this Order;

**O R D E R E D** that supplemental process enforcing the Court's Order may be issued and served without further Order of the Court; and it is further

**O R D E R E D** that Robert Ridenour, Joan Sorrentino, Christina Gargano, Barbara G. Carnevale, or any other partner, associate, paralegal or other agent of Freehill Hogan & Mahar LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with a copy of this Order and any interrogatories, upon the institutions named in the Process, together with any other

institution or entity who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on behalf of the Defendants; and it is further

**O R D E R E D** that following initial service upon any institution or entity by the United States Marshal or any other person designated by this or any subsequent Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each institution or entity so personally served, such service to be in accordance with said institution or entity preference or policy, and such facsimile or other electronic transmission shall be deemed to be made within the district if it has been sent from within the district; and it is further

**O R D E R E D** that service on any institution or entity herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service, and it is further deemed to be effective through the end of the next business day, provided another service is made the next business day.

Dated: New York, New York
    June 25, 2008

                    _Miriam Goldman Cedarbaum_
                              U.S.D.J.